IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM H. DRIBBEN and WENDY DRIBBEN, | ) ) ) |
| Plaintiffs, | ) ) CIVIL NO. 12-1023-GPM |
| vs. | ) ) |
| GERALDINE A. DAVIDSON, GARY A. DAVIDSON, and LURBO LAND TRUST, | ) ) ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Plaintiffs brought this Illinois Uniform Fraudulent Transfer Act ("IUFTA") case pursuant to the Court's diversity jurisdiction (Doc. 2), and on May 21, 2013, the Court heard Defendants' motion to dismiss (Doc. 9). Plaintiffs ask for injunctive relief, alleging that Defendants' conveyance of certain property to a Trust--while state litigation between the parties was ongoing--violates the IUFTA. Defendants argue that Plaintiffs' claims are moot, as the trustee has already re-conveyed the property to Defendants.

The object of Plaintiffs' fraudulent conveyance action thus fulfilled (the property is now—of record—in the capacity of Defendants) this case is **DISMISSED as moot.** *See* FED.R.CIV.P. 12(b); *Pakovich v. Verizon LTD Plan,* 653 F.3d 488, 492 (7th Cir. 2011) ("Federal courts lack subject matter jurisdiction when a case becomes moot. Accordingly, if an event occurs while a case is pending that makes it impossible for the court to grant any effectual relief whatever to a prevailing party, the case must be dismissed.") (internal citations and quotations

omitted).   Defendants' motion to dismiss is **GRANTED,** and the action **DISMISSED without prejudice.**   *See Bernstein v. Bankert,* 702 F.3d 964, 993 (7th Cir. 2012).

**IT IS SO ORDERED.**

**DATED**: May 21, 2013

/s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge